# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00078-CV

---

**Sarah Bailey, Appellant**

**v.**

**David Conde, Appellee**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-008924, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Sarah Bailey has filed Appellant's Voluntary Dismissal of Appeal, asserting that she no longer wishes to pursue this appeal. *See* Tex. R. App. P. 42.1(a)(1). Nothing in the record before us indicates that this dismissal would prevent a party from seeking relief to which it would otherwise be entitled. *See id.*

We grant the motion and dismiss this appeal.

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellant's Motion

Filed: May 31, 2023